**No. 62877.**—Inter Maritime Forwarding Co., Inc. v. United States, protest 58/3494 (New York).

Opinion by LAWRENCE, J. An examination of the record disclosing that the protest was prematurely filed, it was dismissed for lack of jurisdiction.